UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:13-MJ-1570-1

| United States Of America | ) | |
| --- | --- | --- |
| | ) | **ORDER MODIFYING AND** |
| vs. | ) | |
| | ) | **CONTINUING SUPERVISION** |
| Lakeya S. Waters | ) | |

On October 14, 2014, Lakeya S. Waters ("Defendant") appeared before the Honorable James E. Gates, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to 18 U.S.C. § 113, Simple Assault, was sentenced to a 12-month term of probation. Thereafter, on November 7, 2014, the government filed a motion seeking modification of the Defendant's probation. In particular, the government seeks to modify the Defendant's probation to include: (1) her participation in a program for the treatment of narcotic addiction, drug dependency, or alcohol dependency and (2) participation in a program of mental health treatment.

On December 10, 2014, the Defendant represented by counsel appeared before the undersigned and did not object to the modification. After its review of the motion and the parties' agreement on the modification, the court finds good cause to allow the motion.

**ACCORDING, IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be continued with the following modifications:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that except as herein modified, the Judgment shall remain in full force and effect.

This the 10th day of December, 2014.

Robert B. Jones, Jr.
U.S. Magistrate Judge